KELLAN S. PATTERSON, SB No. 307190
info@kellanpatterson.com
**LAW OFFICE OF KELLAN PATTERSON**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
Tel: 916.905.7265
Fax: 916.721.2742

Kellan Patterson, Attorney for ONG THAO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONG THAO,

Defendant.

Case No. 2:24-cr-00324-JAM-2

**ORDER GRANTING DEFENDANT ONG THAO'S REQUEST TO SEAL DOCUMENTS (ECF No. 50)**

Date: October 6, 2026
Time: 9:00 AM
Courtroom: 6, 14th Floor
Judge: Hon. John A. Mendez

**ORDER**

Defendant Ong Thao submitted a Notice of Request to Seal Documents, a Request to Seal Documents, a proposed order, and twenty consecutively paginated pages of documents covered by the request pursuant to Local Rule 141. The Court has considered the request and the applicable law.

The Court finds that compelling safety and law-enforcement interests support sealing; that there is a substantial probability those interests would be harmed by public disclosure; and that, under the circumstances presented, the requested sealing is narrowly tailored and no presently adequate alternative would protect the identified interests. See *United States v. Doe*, 870 F.3d 991

(9th Cir. 2017).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Request to Seal Documents is **GRANTED**.

1. Pages 1 through 20 of the consecutively paginated submitted documents are approved for filing under seal.

2. Pages 1 through 20 shall **REMAIN SEALED** until further order of the Court. Any later request to unseal shall be governed by Local Rule 141(e)(2)(iii).

3. Access to the sealed court-filed documents shall be restricted to the Court and authorized court personnel, including the United States Probation Office.

4. After entry of this Order, Defendant shall submit pages 1 through 20 to the Clerk in the manner required by Local Rule 141(e)(2)(i).

Dated: October 01, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE